UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERIA, | ) | Case No. 08CR3374-LAB |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| v. | ) ) | |
| ESPECTACION TIZOC-URIAS (1), | ) ) ) | |
| Defendant. | ) ) ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: November 9, 2016

_____
HONORABLE LARRY ALAN BURNS
United States District Judge